# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KAREY R. LUCHTEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER CLARK HAGEMANN, a Seattle plice officer; OFFICER THOMAS HANLEY, a Seattle police officer; SPD OFFICERS J. DOE #1 and #2; CHIEF R. GIL KERLIKOWSKE, in his individual and official capacity, JOHN AND JANE DOE #3 -#7, supervisory police officers of the City of Seattle; RICHARD AND JANE ROE #1 -#5, municipal policymakers of the City of Seattle; and THE CITY OF SEATTLE, a municipal corporation,<br><br>　　　　Defendants. | Case No. C07-1448RSM<br><br>TAXATION OF COSTS |

Costs in the above-entitled action are hereby taxed against PLAINTIFF KAREY R. LUCHTEL and on behalf of DEFENDANTS in the amount of $2,619.50. Court has determined that the prevailing party is entitled to costs.

Dated this ___8th___ day of MAY, 2009 .

　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　Bruce Rifkin
　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

TAXATION OF COSTS -- 1